FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Sep 06, 2023
SEAN F. McAVOY, CLERK

# CHARGES AND PENALTIES

**CASE NAME:** ENEDINO PADILLA-MONTERO    **CASE NO.** 4:23-CR-6026-SAB-3

TOTAL # OF COUNTS: 4    ☑ FELONY    ☐ MISDEMEANOR    ☐ PETTY OFFENSE

| Count | Statute | Description of Offense | Penalty |
|---|---|---|---|
| 1 | 21 U.S.C. §§ 841(a)(1), (b)(1)(A) (viii), 846 | Conspiracy to Distribute 50 Grams or More of Actual (Pure) Methamphetamine | CAG not less than 10 years and no more than a life term; and/or $10,000,000 fine<br>not less than 5 years nor more than life supervised release;<br>a $100 special penalty assessment;<br>denial of Certain Federal Benefits pursuant to 21 U.S.C. §§ 862 and 862a<br>Deportation |
| 3 | 21 U.S.C. § 841(a)(1), (b)(1)(A)(viii) | Distribution of 50 Grams or More of Actual (Pure) Methamphetamine | CAG not less than 10 years and no more than a life term; and/or $10,000,000 fine<br>not less than 5 years nor more than life supervised release;<br>a $100 special penalty assessment;<br>denial of Certain Federal Benefits pursuant to 21 U.S.C. §§ 862 and 862a<br>Deportation |
| 4 | 21 U.S.C. § 841(a)(1), (b)(1)(B)(vi) | Distribution of 40 Grams or More of Fentanyl | CAG not less than 5 years and up to 40 years;<br>a fine not to exceed $5,000,000;<br>no less than 4 years, and up to life, of supervised release,<br>a $100 special penalty assessment; and<br>denial of certain federal benefits pursuant to 21 U.S.C. §§ 862 and 862a. |
| 5 | 21 U.S.C. § 841(a)(1), (b)(1)(B)(vi) | Distribution of 40 Grams or More of Fentanyl | CAG not less than 5 years and up to 40 years;<br>a fine not to exceed $5,000,000;<br>no less than 4 years, and up to life, of supervised release,<br>a $100 special penalty assessment; and<br>denial of certain federal benefits pursuant to 21 U.S.C. §§ 862 and 862a. |
|  | 21 U.S.C. § 853 | Forfeiture Allegations |  |