## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　Plaintiff,<br><br>vs.<br><br>AGUSTIN PADILLA JR. (2),<br>ENEDINO PADILLA-MONTERO (3),<br>ANTONIO SANCHEZ (4),<br><br>　　　　　　　　　Defendants. | Case No. 4:23-CR-6026-RLP-2,3,4<br><br>CRIMINAL MINUTES<br><br>DATE:  1/29/2025<br><br>LOCATION:  Spokane<br><br>STATUS HEARING |

**JUDGE REBECCA L. PENNELL**

| Sara Gore, Richland<br>Linda Hansen, Spokane<br><br>**Courtroom Deputy** | Natalia Rivera<br><br>**Law Clerk** | **Interpreter** | Kimberly Allen<br><br>**Court Reporter** |
|---|---|---|---|
| Laurel Holland<br><br>**Government Counsel** | | Mitchell Crook (2)<br>Ricardo Hernandez (3)<br>Nicholas Marchi (4)<br><br>**Defense Counsel** | |

[ X ] Open Court　　　　　　　　　　　　[ ] Probation:

Defendants Agustin Padilla and Antonio Sanchez are in custody and present in the courtroom with counsel. Defendant Enedino Padilla-Montero is present in the courtroom with counsel, is out of custody, and assisted by a Federally Certified Spanish Interpreter.

The Court, Mr. Marchi and Ms. Holland discussed competency issues regarding Defendant Antonio Sanchez.  Mr. Marchi may file a motion requesting a hearing to determine competency.   Mr. Marchi does not oppose a continuance of the trial date.

Defendant Enedino Padilla-Montero filed a motion to continue the trial date at ECF No. 46.  Mr. Hernandez addressed the Court regarding the basis for the continuance.

Mr. Crook advised that he is in agreement with the continuance and his client has filed a waiver of speedy trial.

The Court GRANTED the motion to continue, making ends of justice findings.
A trial date was set for **4/7/2025 in Richland.**
A Pretrial Conference was set for **3/26/2025 at 11:00 a.m. in Richland**.

There was no change in the custody status of the defendants.

| CONVENED:  11:30 AM | ADJOURNED:  11:44 AM | TIME: 14 MINS | [X] ORDER FORTHCOMING |
|---|---|---|---|